# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| RIHANNA SHAHROHKIMANESH, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HARBORSIDE INC., PETER BILODEAU, ANDREW BERMAN, KEITH LI, ADAM SZWERAS, and MATTHEW HAWKINS,<br><br>Defendants. | Civil Action No. 3:20-cv-01551-MO |

## AGREED ORDER

Based on the foregoing stipulation of the parties, **IT IS HEREBY ORDERED** that the time for Harborside, Inc. ("Harborside") to respond to the operative complaint with such pleadings, motions, or objections as Harborside deems appropriate shall be stayed until the Court has appointed a lead plaintiff under the provisions of the Private Securities Litigation Reform Act ("PSLRA"). Within fourteen (14) days after the entry of order appointing a lead plaintiff and lead counsel in this action, the lead plaintiff and Harborside shall meet and confer and propose a schedule to the Court for the filing of an amended complaint and the response thereto.

SO ORDERED this __6__ day of __November__, 2020.

*Michael W. Mosman*
MICHAEL W. MOSMAN
United States District Court Judge