RANSOM, GILBERTSON, MARTIN &
RATLIFF, LLP
Jeffrey S. Ratliff
8401 NE Halsey Street Suite 208
Portland, OR 97220
T: 503-226-3664

*Liaison Counsel for Plaintiff*

[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| RIHANNA SHAHROHKIMANESH, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HARBORSIDE INC., PETER BILODEAU, ANDREW BERMAN, KEITH LI, ADAM SZWERAS, AND MATTHEW HAWKIN,<br><br>Defendants. | CASE No.: 3:20-cv-01551-MO<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE** that Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Rihanna Shahrohkimanesh ("Plaintiff") hereby voluntarily dismisses, without prejudice, the above-captioned action against all defendants. No defendant has filed an answer or moved for summary judgment. No Class has yet been certified. Neither Plaintiff nor her attorneys have received or will receive any consideration for this dismissal.

1

Dated: January 19, 2021                    Respectfully submitted,

                                        **RANSOM, GILBERTSON, MARTIN & RATLIFF, LLP**
By: /s/ Jeffrey S. Ratliff
Jeffrey S. Ratliff
8401 NE Halsey Street Suite 208
Portland, OR 97220
T: 503-226-3664

*Liaison Counsel for Plaintiff*

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
Phillip Kim, Esq.
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
        pkim@rosenlegal.com

*Counsel for Plaintiff*